NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC L. REASE,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D19-1277
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.

PER CURIAM.

        Affirmed.  See Simmons v. State, 779 So. 2d 298 (Fla. 2d DCA 1999).

VILLANTI, LaROSE, and BADALAMENTI, JJ., Concur.